HARRY S. GILES, as Administrator of the Estate of STUART D. GILES, Deceased, Respondent, *v.* COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.

Argued March 18, 1938; decided April 13, 1938.

*James Conboy* and *J. Stanley Carter* for appellant.

*Raymond F. Loucks* and *Charles M. Hughes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.